UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUBEN RUIZ, | No. C 11-3126 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| N. SAWAYA, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 55) is GRANTED. Such motion shall be filed on or before May 15, 2013. The Clerk shall terminate Docket No. 55.

**IT IS SO ORDERED**.

DATED: February 8, 2013

RICHARD SEEBORG
United States District Judge