UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUBEN J. RUIZ, | No. 3:11-CV-3126 JST (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| CORRECTIONAL OFFICER SAWAYA, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Ruben J. Ruiz, inmate no. H-67621, presently in custody at Centinela State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 13, 2014     _____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Centinela State Prison

GREETINGS

WE COMMAND that you have and produce the body of Ruben R. Ruiz, inmate no. H-67621, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 11:00 am. on February 14, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Ruiz v. Sawaya, et al., and at the

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 13, 2014

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: January 13, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge



2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUBEN R. RUIZ, | No. 3:11-CV-03126 JST (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CORRECTIONAL OFFICER SAWAYA, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 13, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Ruben J. Ruiz
#H-67621
Centinela State Prison
P.O. Box 931
Imperial, CA 92251

Litigation Coordinator
Centinela State Prison
PO Box 731
Imperial, CA  92251-0731

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas