UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUBEN J. RUIZ, | No. 3:11-CV-03126 JST (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE; |
| v. | ORDER VACATING STATUS CONFERENCE; |
| CORRECTIONAL OFFICE SAWAYA, et al., | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM; ORDER SETTING STATUS CONFERENCE |
| Defendants. | |

A settlement conference is scheduled in this case for 11:00 a.m. on February 14, 2014, at Solano State Prison. On January 24, 2014, Plaintiff filed a request for a continuance of the settlement conference. (Doc. 91.) Plaintiff states that he has recently obtained counsel, and that counsel is unavailable on the date set for the settlement conference in this matter. Plaintiff further states that counsel needs reasonable time to become familiar with this case, and to consult with opposing counsel.

Good cause appearing, Plaintiff's request is HEREBY GRANTED. The status conference set for February 4, 2014, and the settlement conference set for February 14, 2014, are HEREBY VACATED. The writ of habeas corpus ad testificandum issued for the presence of Plaintiff at the settlement conference is HEREBY VACATED.

A telephonic status conference is HEREBY SET in this matter for March 4, 2014, at 1:00 pm. The parties shall dial 888-684-8852 and enter access code 1868782. If counsel has not

appeared to represent Plaintiff by March 3, 2014, Defense Counsel shall arrange for the telephonic appearance of Plaintiff.

IT IS SO ORDERED.

Dated: January 27, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUBEN R. RUIZ, | No. 3:11-CV-03126 JST (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CORRECTIONAL OFFICER SAWAYA, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 27, 2014, I SERVED a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Ruben J. Ruiz
#H-67621
Centinela State Prison
P.O. Box 931
Imperial, CA 92251

Litigation Coordinator
Centinela State Prison
PO Box 731
Imperial, CA 92251-0731

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3