UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUBEN J. RUIZ, | No. 3:11-CV-03126 JST (NJV) |
| Plaintiff, | ORDER RE TELEPHONIC APPEARANCE OF PLAINTIFF AT SETTLEMENT CONFERENCE |
| v. | |
| CORRECTIONAL OFFICE SAWAYA, et al., | |
| Defendants. | |

A settlement conference is scheduled in this case for 11:00 a.m. on April 15, 2014, in Courtroom F of the United States Courthouse at 450 Golden Gate Avenue in San Francisco. Plaintiff, who is represented by Counsel, shall appear at the settlement conference telephonically. He shall do so by dialing 888-684-8852 and entering access code 1868782. Plaintiff's Counsel shall contact Plaintiff's institution to arrange for Plaintiff's telephonic appearance.

IT IS SO ORDERED.

Dated: April 4, 2014

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUBEN R. RUIZ, | No. 3:11-CV-03126 JST (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CORRECTIONAL OFFICER SAWAYA, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on April 4, 2014, I SERVED a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
Centinela State Prison
PO Box 731
Imperial, CA  92251-0731

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2