UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN J. RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>M. SAWAYA, et al.,<br><br>    Defendants. | Case No.   11-cv-03126-JST   (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on April 15, 2015 in Courtroom F, San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff's counsel, Serena Faye Salinas

   ( ) Warden or warden's representative

   ( X ) Office of the California Attorney General, Giam M. Nguyen

   ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

   ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1      ( X )  The parties are unable to reach an agreement at this time.

2     **IT IS SO ORDERED.**

3 Dated: April 23, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge