UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUBEN J. RUIZ,

        Plaintiff,

  v.

M. SAWAYA, et al.,

        Defendants.

Case No.  11-03126 JST (PR)

**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT**

      Ruben J. Ruiz, a state prisoner proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983, alleging that defendant prison officials Sawaya, Daharsh, and Shaw violated Ruiz's constitutional rights.  On October 15, 2013, the Court denied defendants' motion for summary judgment, then referred this case to Magistrate Judge Nandor Vadas for mediation.  On April 23, 2014, Judge Vadas reported that the case did not settle.  It therefore appears that this case will be tried.

      The Court concludes that counsel should be appointed, and refers this matter to the Federal Pro Bono Project to find counsel.  Upon an attorney being located to represent Ruiz, that attorney shall be appointed as counsel for Ruiz in this matter until further order of the Court.  All proceedings in this action are stayed until four weeks from the date an attorney is appointed.

      **IT IS SO ORDERED.**

Dated:  May 19, 2014

_____
JON S. TIGAR
United States District Judge