UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN J. RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER M. SAWAYA, et al.,<br><br>　　　　　Defendants. | Case No.  11-3126 JST (PR)<br><br>**ORDER APPOINTING COUNSEL** |

　　　　The Court previously referred this matter to the Federal Pro Bono Project to seek pro bono counsel for Plaintiff Ruben J. Ruiz.  ECF No. 104.

　　　　The Bar Association of San Francisco's Volunteer Legal Service Program has informed the Court that Robert Mullen of Schiff Hardin LLP, located at 1 Market Spear Street Twr 32FL, San Francisco, CA 94105, has agreed to serve as appointed pro bono counsel for Ruiz. Mr. Mullen is hereby APPOINTED as counsel for Ruiz pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.  The scope of this referral shall be for all purposes for the duration of the case.

　　　　The Court further sets the matter for a case management conference on August 27, 2014 at

/ / /

/ / /

/ / /

/ / /

2:00 p.m.  A joint case management statement pursuant to Civil Local Rule 16-9 must be filed at least ten court days beforehand.

**IT IS SO ORDERED.**

Dated: June 8, 2014



JON S. TIGAR
United States District Judge