1   SCHIFF HARDIN LLP
    Robert B. Mullen (SB #136346)
2   rmullen@schiffhardin.com
    One Market
3   Spear Tower, Suite 3200
    San Francisco, CA  94105
4   Telephone:     415.901.8700
    Facsimile:     415.901.8701
5
    Attorneys for Plaintiff
6   RUBEN J. RUIZ

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12  RUBEN J. RUIZ,                          Case No.  11-3126 JST (PR)

13              Plaintiff,                  **STIPULATION TO AMEND COMPLAINT
                                            TO REINSTATE COMMON LAW
14  v.                                      CLAIMS; [PROPOSED] ORDER**

15  CORRECTIONAL OFFICER M.
    SAWAYA, et al.,
16
                Defendants.
17

18          Plaintiff Ruben J. Ruiz ("Plaintiff") and defendants M. Sawaya, N. Daharsh, and J. Shaw

19  ("Defendants") enter the following stipulation:

20          WHEREAS on June 24, 2011, Plaintiff filed his complaint which includes claims under

21  the Civil Rights Act, 42 U.S.C. § 1983 as well as common law claims under California law for

22  assault and battery and negligence (Doc. 1);

23          WHEREAS on October 20, 2011 the Court issued an order directing Defendants to file a

24  dispositive motion, in which the Court dismissed Plaintiff's state law claims without prejudice

25  and provided that "Plaintiff may amend his complaint to include such claims if his complaint

26  survives summary judgment."  (Doc. 5);

27          WHEREAS Plaintiff's complaint has survived summary judgment, as the Court denied

28  Defendants' motion for summary judgment by order dated October 5, 2013 (Doc. 88);

WHEREAS the Court has scheduled a trial date and has instructed Plaintiff to bring any motion to amend the complaint by September 26, 2014 (Docs. 108, 109); and

WHEREAS the parties have now determined that Plaintiff has satisfied the pre-suit requirement for tort claims under California Government Code § 905, et seq. by timely presenting a claim for damages to the California Victims Compensation and Government Claims Board (VCGCB) within six months of the subject incident;

NOW, THEREFORE, Plaintiff and Defendants agree that Plaintiff's original complaint on file herein shall be deemed to be amended to include his causes of action for assault, battery and negligence under the common law of California, and that such claims be considered reinstated for purposes of trial in this action.

Defendants further agree to file answers to the complaint, as amended, within thirty (30) days of execution of this stipulation.

Dated: September 19, 2014                    SCHIFF HARDIN LLP


By:   /s/ Robert B. Mullen
      Robert B. Mullen
      Attorneys for Plaintiff Ruben J. Ruiz

Dated: September 19, 2014            KAMALA D. HARRIS
                                     Attorney General of California
                                     JAY C. RUSSELL
                                     Supervising Deputy Attorney General


By:   /s/ Giam M. Nguyen
      GIAM M. NGUYEN
      Deputy Attorney General
      Attorneys for Defendants
      M. Sawaya, N. Daharsh, and J. Shaw

STIPULATION TO AMEND COMPLAINT TO
REINSTATE COMMON LAW CLAIMS; [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 19, 2014.

SCHIFF HARDIN LLP


By:    /s/ Robert B. Mullen
       Robert B. Mullen
       Attorneys for Plaintiff
       Rubin J. Ruiz

**IT IS SO ORDERED.**

Dated: <u>September 23</u>, 2014

SF\321194332.1



                                   JUDGE
Judge Jon S. Tigar