KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
GIAM M. NGUYEN
Deputy Attorney General
State Bar No. 229236
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5686
 Fax:  (415) 703-5843
 E-mail:  Giam.Nguyen@doj.ca.gov
*Attorneys for Defendants*
*M. Sawaya, N. Daharsh, and J. Shaw*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RUBEN J. RUIZ,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**M. SAWAYA, et al.,**<br><br>                              Defendants. | C 11-3126 JST<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING INMATE DEPOSITIONS**<br><br>Judge:         The Honorable Jon S. Tigar<br>Trial Date:   July 6, 2015<br>Action Filed: June 24, 2011 |

Under Fed. R. Civ. P. 30(a)(2)(B), the parties jointly recommend and stipulate that the Court grant the parties leave to take depositions of the following inmates currently incarcerated within California prisons: (1) Plaintiff Ruben Ruiz and (2) James Godoy.

///

///

///

1

**SO STIPULATED**.

Dated: 11/25/2014                    /s/  Giam M. Nguyen
                                     Giam M. Nguyen
                                     California Attorney General's Office
                                     Counsel for Defendants


**SO STIPULATED**.

Dated: 11/25/2014                    /s/ Robert Mullen
                                     Robert Mullen
                                     Counsel for Plaintiff Ruben Ruiz


**Attestation Under N.D. Cal. Civil Local Rule 5-1(i)**

I, Giam Nguyen, attest and declare as follows:

Concurrence in the filing of this document has been obtained from all signatories, and shall serve in lieu of their signatures on the document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Signed on November 25, 2014 in San Francisco, California.

                                     /s/ Giam M. Nguyen
                                     Giam M. Nguyen


Per the parties' stipulation, **IT IS SO ORDERED**.


Dated: November 26, 2014

                                     IT IS SO ORDERED
                                     The _____
                                     UNITED STATES DISTRICT COURT JUDGE
                                     Judge Jon S. Tigar

2

Stip. to Take Inmate Deps. (C 11-3126 JST)