SCHIFF HARDIN LLP
Robert B. Mullen (SB #136346)
rmullen@schiffhardin.com
One Market
Spear Tower, Suite 3200
San Francisco, CA 94105
Telephone:   415.901.8700
Facsimile:    415.901.8701

Attorneys for Plaintiff
RUBEN J. RUIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN J. RUIZ,<br><br>        Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER M. SAWAYA, et al.,<br><br>        Defendants. | Case No.  11-3126 JST (PR)<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff Ruben J. Ruiz ("Plaintiff") and defendants M. Sawaya, N. Daharsh, and J. Shaw ("Defendants") enter the following stipulation:

WHEREAS a Further Case Management Conference is presently scheduled in this matter on April 1, 2015 at 2:00 p.m. in Courtroom 9, 19th Floor;

WHEREAS Plaintiff's attorney has requested counsel for Defendants to continue the Further Case Management Conference one week to April 8, 2015 at 2:00 p.m. because of a conflict in his schedule, and defense counsel has agreed;

WHEREAS a one-week continuance of the Further Case Management Conference will not affect the date of any other event or deadline in this case; and

WHEREAS the Parties have made no prior requests to continue a Case Management Conference or related dates or deadlines;

1    IT IS HEREBY STIPULATED AND AGREED that the Further Case Management

2 Conference scheduled in this action on April 1, 2015 shall be continued one week to April 8,

3 2015 at 2:00 p.m. in Courtroom 9, 19th Floor.

4

5 Dated: March 9, 2015                          SCHIFF HARDIN LLP

6

7                                               By:  */s/ Robert B. Mullen*
                                                      Robert B. Mullen
8                                                     Attorneys for Plaintiff Ruben J. Ruiz

9 Dated: March 9, 2015                          KAMALA D. HARRIS
                                                Attorney General of California
10                                              JAY C. RUSSELL
                                                Supervising Deputy Attorney General
11

12

13                                              By:  */s/ Giam M. Nguyen*
                                                      GIAM M. NGUYEN
14                                                    Deputy Attorney General
                                                      Attorneys for Defendants
15                                                    M. Sawaya, N. Daharsh, and J. Shaw

16               **Certification of Compliance with N.D. Cal. L.R. 5.1(i)(3)**

17    I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained the authorization

18 from the above signatories to file the above-referenced document, and that the above signatories

19 concur in the filing's content.

20    I certify under penalty of perjury under the laws of the United States of America that the

21 foregoing is true and correct.  Executed on March 9, 2015.

22                                              SCHIFF HARDIN LLP

23

24                                              By:  */s/ Robert B. Mullen*
                                                      Robert B. Mullen
25                                                    Attorneys for Plaintiff
                                                      Rubin J. Ruiz
26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -
STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1 **[PROPOSED] ORDER**

2   Pursuant to the parties' stipulation, the Further Case Management Conference scheduled
3 on April 1, 2015 is continued one week to April 8, 2015, at 2:00 p.m.

4

5   **IT IS SO ORDERED.**

6

7

8   Dated: __March 9__, 2015

9 

10

11

12 SF\321383644.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28