UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN J. RUIZ,<br><br>        Plaintiff,<br><br>   v.<br><br>M. SAWAYA, et al.,<br><br>        Defendants. | Case No. 11-cv-03126-JST<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 125 |

Pursuant to the parties' Joint Statement Re: Trial Readiness, ECF No. 125, the Case Management Conference currently scheduled for November 18, 2015 is hereby vacated.

IT IS SO ORDERED.

Dated: November 5, 2015

_____
JON S. TIGAR
United States District Judge