UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUBEN J. RUIZ,

    Plaintiff,

  v.

M. SAWAYA, et al.,

    Defendants.

Case No.  11-cv-03126-JST

**ORDER RE: TRIAL SCHEDULE**

Re: ECF No. 122

This case is currently scheduled to begin trial on April 25, 2016.  ECF No. 122.  The parties have filed their Joint Pretrial Statement and three Motions in Limine in anticipation of the Pretrial Conference to be held on April 1, 2016.  ECF Nos. 127, 128, 129, 130.

However, a trial in another case, Holzhauer v. Golden Gate Bridge Highway & Transportation District, Case No. 13-cv-02862-JST, will already be ongoing on April 25; jury selection in Holzhauer is scheduled to begin on April 11, 2016.

The Court's practice is to schedule multiple trials with overlapping schedules, because the Court's calendar space is so limited and the overwhelming majority of cases settle before trial.  Very rarely do two cases with conflicting dates actually proceed to trial at the same time, but it has happened here.

Therefore, unless the Holzhauer case settles before April 1, 2016, the Court will not conduct a pretrial conference on that date.  Instead, the Court will use that hearing as a case management conference, and reset the trial and pretrial conference dates.  The parties are ordered to meet and confer regarding a proposed new trial date, and to submit a joint proposal to the Court no later than March 30, 2016.  In the same filing, the parties should advise the Court whether

/ / /

1  further settlement efforts with Magistrate Judge Vadas would be helpful.

2  IT IS SO ORDERED.

3  Dated: March 24, 2016

_____
JON S. TIGAR
United States District Judge