| | |
|---|---|
| ROBERT B. MULLEN (SB 136346)<br>AT&T SERVICES, INC. LEGAL DEPARTMENT<br>430 Bush St., 1st Floor<br>San Francisco, CA 94108<br>Telephone: (510) 645-5075<br>Facsimile: (415) 543-0418<br>E-mail: rx339n@att.com<br><br>Attorneys for Plaintiff<br>RUBEN J. RUIZ | KAMALA D. HARRIS<br>Attorney General of California<br>MARISA Y. KIRSCHENBAUER<br>Supervising Deputy Attorney General<br>GIAM M. NGUYEN<br>Deputy Attorney General<br>State Bar No. 229236<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5686<br>Fax: (415) 703-5843<br>E-mail: Giam.Nguyen@doj.ca.gov<br>ERIN GANAHL<br>Deputy Attorney General<br>*Attorneys for Defendants Sawaya, Shaw, and Daharsh* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN J. RUIZ,<br><br>   Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER M. SAWAYA, et al.,<br><br>   Defendants. | Case No. 11-3126 JST (PR)<br><br>**STIPULATION TO VACATE TRIAL DATE AND CONTINUE APRIL 1, 2016 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff Ruben J. Ruiz ("Plaintiff") and defendants M. Sawaya, N. Daharsh, and J. Shaw ("Defendants") enter the following stipulation:

WHEREAS the parties have settled this case in principle and are finalizing the settlement papers;

WHEREAS trial is presently scheduled for April 25, 2016;

WHEREAS the Court has scheduled a case management conference on April 1, 2016 at 2:00 p.m., pursuant to order dated March 24, 2016 (ECF no. 132);

1  WHEREAS the parties anticipate finalizing the settlement papers and filing a joint

2  stipulation to dismiss the case no later than April 14, 2016; and

3  WHEREAS counsel for Plaintiff additionally has a scheduling conflict on April 1, 2016,

4  due to a deposition that he has committed to attend;

5  NOW, THEREFORE, Plaintiff and Defendants agree to ask the Court to vacate the trial

6  date of April 25, 2016 and to continue the April 1, 2016 case management conference to April 15,

7  2016 or later to allow the parties time to finalize the settlement and dismiss the case.  In the

8  alternative, the parties agree that, with Court approval, Plaintiff's counsel may attend the case

9  management conference on April 1, 2016 by telephone.

10

11  Dated: March 31, 2016                    AT&T Services, Inc.  Legal Department

12

13                                           By:  /s/ Robert B. Mullen
                                                  Robert B. Mullen
14                                                Attorneys for Plaintiff Ruben J. Ruiz

15  Dated: March 31, 2016                    KAMALA D. HARRIS
                                             Attorney General of California
16                                           Marisa Y. Kirschenbauer
                                             Supervising Deputy Attorney General
17

18

19                                            /s/ Erin Ganahl
                                             ERIN GANAHL
20                                           Deputy Attorney General
                                             Attorneys for Defendants
21                                           M. Sawaya, N. Daharsh, and J. Shaw

22

23

24  **Attestation Under N.D. Cal. Civil Local Rule 5-1(i)**

    I, Robert B. Mullen, attest and declare as follows:
25
    Concurrence in the filing of this document has been obtained from all signatories, and shall
26
    serve in lieu of their signatures on the document.
27

28

- 2 -
STIPULATION TO VACATE TRIAL DATE AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge. Signed on March 31, 2016 in San Francisco, California.

*/s/Robert B. Mullen*

Robert B. Mullen

1      **[PROPOSED] ORDER**

The Court, having considered the above stipulation by the parties, hereby vacates the trial date of April 25, 2016 and continues the Case Management Conference presently scheduled for April 1, 2016 to April 15, 2016 at 2:00 p.m.

[In the alternative, the Court will allow counsel for plaintiff Ruben Ruiz to attend the Case Management Conference on April 1, 2016 by telephone.]

Dated: March 31, 2016

_____
UNITED STATES DISTRICT JUDGE