UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RUBEN J. RUIZ, | Case No. 11-cv-03126-JST |
|---|---|
| Plaintiff, | |
| v. | **ORDER NOTING STIPULATION OF DISMISSAL AND RETAINING JURISDICTION** |
| M. SAWAYA, et al., | |
| Defendants. | Re: ECF No. 138 |

The parties have filed a stipulation of dismissal dated April 11, 2016 in light of a settlement agreement. ECF No. 138. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Pursuant to the parties' request, the Court shall retain jurisdiction over enforcement of the settlement agreement.

IT IS SO ORDERED.

Dated: April 11, 2016

_____
JON S. TIGAR
United States District Judge